

Scott D. Hughes, Bar No. 122902
Attorney at Law
1100 Melody Lane, Suite 207
Roseville, CA 95678
Tel: (916) 677-1822
Fax: (916) 677-1825
Attorney for Debtors,
Daniel and Paula Dragnea

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 10-28392-B-7 |
| DRAGNEA, DANIEL & PAULA, | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) Motion Control No. SDH-1 |
| | ) |
| | ) MOTION TO COMPEL |
| | ) ABANDONMENT OF BUSINESS |
| | ) |
| | ) 11 USC SECTION 554(b) |
| | ) |
| | ) Date:    June 15, 2010 |
| | ) Time:    9:32 a.m. |
| | ) Place:   Courtroom 32, Dept. B |
| | )         501 I Street, 7th Floor |
| | )         Sacramento, CA 95814 |
| | ) Judge:   Holman |

The Debtors hereby request that the Court enter an Order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in the home health care business known as Rose Garden Health Care, the debtors' residence and all of its contents back to the debtors.

Page 1

1. The debtors believe that the business is worthless or burdensome to the estate. They are requesting that the business be abandoned back to them so they can continue to legally operate the business and make a living while they are in Chapter 7.

2. The debtors are cooperating with the trustee. The trustee has filed a no-asset final account and report.

3. The debtors believe that abandonment of the business will be acceptable to the trustee, that it will not be objectionable to creditors or their interests, and that it furthers the goals of the bankruptcy statutes.

Wherefore, the debtors request that the Court enter an Order compelling the trustee to abandon the business back to the debtors.

Dated: ____5/10_____, 2010           Respectfully Submitted,
_/s/ SCOTT HUGHES_____

Scott Hughes
Attorney for Debtors
Daniel and Paula Dragnea